IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CRIMINAL ACTION NO. 5:15-CR-00054-KDB-DSC

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | **ORDER** |
| THAD RAY CRAWFORD, | |
| Defendant. | |

**THIS MATTER** is before the Court on Defendant's "Motion for Relief From a Judgment By Correcting Pre-Sentence Investigation Report . . . ." (Doc. No. 24). Defendant requests the Court "adjust his presentence report to redact out any such information by which Petitioner might be barred or prevented from getting the credit and time off as reward for successful completion of the R-DAP ('Residential Drug Treatment') Program." *Id.* Specifically, Defendant wants the Court to delete his "enhancement for dangerous chemicals, akin to the enhancements for firearms, past violent acts in criminal history, and disqualifying prior convictions or conduct including things considered as escapes[.]" *Id.*

Defendant pleaded guilty to one count of possession with intent to distribute methamphetamine and one count of possession of a firearm in furtherance of a drug trafficking crime. (Doc. Nos. 3, 21). A Presentence Report ("PSR") was filed on December 15, 2015, to which Defendant made no objections to the information he now requests the Court to redact. *See* (Doc. No. 13). Because Defendant was convicted of possession of a firearm in furtherance of a drug trafficking crime, he did not receive any additional enhancement for possession of a firearm in his offense level computation. *See* (Doc. No. 14 ¶ 16). At sentencing, the Court adopted the PSR and

made only one additional comment/finding: "The Court accepts for informational purposes that the defendant was in state custody for approximately two months, from May 23, 2015 through July 13, 2015." (Doc. No. 22). Thus, Defendant's PSR as adopted by the Court supports the information Defendant now seeks to "adjust." The Court declines to redact any portions from the PSR.

**IT IS THEREFORE ORDERED** that Defendant's "Motion for Relief From a Judgment By Correcting Pre-Sentence Investigation Report . . . ," (Doc. No. 24), is **DENIED**.

Signed: July 26, 2021

Kenneth D. Bell
United States District Judge